**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: STEVE FANADY, Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Case No. 21-02651 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE**, that on April 8, 2021 at 1:30 pm, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Timothy A. Barnes, or any Judge sitting in that Judge's place, and present the Motion to Dismiss Chapter 13 Case (the "Motion") I filed, a copy of which is attached hereto.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and the password can also be found on the Judge's page and the Court's website.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 30 2021

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

1

If you object to this motion and wanted it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

March 29, 2021                                        Respectfully Submitted,

                                                      Gina Fanady, Creditor, Pro Se
                                                      1241 Central Avenue
                                                      Box 186
                                                      Wilmette, IL 60091
                                                      ginafanady@gmail.com
                                                      224.458.6595

## CERTIFICATE OF SERVICE

I, GINA FANADY, pro se, hereby certify that on March 29, 2021, I caused a copy of the Notice of Motion and Motion to Dismiss Chapter 13 case which may be requested by contacting counsel, to be filed via Email, Hand Delivery, or First Class Mail, as indicated below.

/s/ GINA FANADY

## SERVICE LIST

### VIA EMAIL

| | |
|---|---|
| Ben L. Schneider<br>Schneider & Stone<br>8424 Skokie Blvd.<br>Suite 200<br>Skokie, IL 60077-2568<br>ben@windycitylawgroup.com | Steve Fanady<br>4360 Lindenwood Lane<br>Northbrook, IL 60062<br>legal@sotiri.com |
| Alexandra Perraud<br>Davis Friedman<br>135 S. LaSalle<br>Chicago, IL 60603-4110<br>aperraud@davisfriedman.com | Pat Carlin (correct name Patrycja Karlin)<br>2501 W. Lawrence<br>Suite H<br>Chicago, IL 60625-2958<br>pr.karlinlawfirm@gmail.com |
| Steven Messner<br>191 Waukegan Rd.<br>#315<br>Northfield, IL 60093-2743<br>legal@smessnerlaw.com | Sean M. Hamann<br>Lake Toback DiDomenico<br>33 North Dearbon St.<br>Suite 720<br>Chicago, IL 60602-4075<br>Swilliams@lplegal.com |
| Lou Bernstein<br>350 N. Clark St.<br>Suite 400<br>Chicago, IL 60654-4980<br>lbernstein@bernsteinlawchicago.com | Pamela Harnack<br>2327 Winnetka Court<br>Northfield, IL 60093<br>PHarnack@Glenbrook225.org |
| Elizabeth B. Vandesteeg<br>Levenfeld & Pearlstein LLC<br>2 North LaSalle St<br>Suite 1300<br>Chicago, IL 60602<br>evandesteeg@lplegal.com | |

**VIA HAND DELIVERY**

| Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL 60604-2027 | Marilyn O. Marshall<br>224 South Michigan<br>Suite 800<br>Chicago, IL 60604-2503 |
|---|---|

**VIA FIRST CLASS MAIL**

| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Citibank<br>P. O. Box 6500<br>Sioux Fall, SD 57117-6500 |
|---|---|
| Discover Bank<br>Discover Products Inc.<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Synchrony Bank (Paypal Credit)<br>C/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541-1021 |
| Discover<br>P.O. Box 30943<br>Salt Lake City, UT 84130-0943 | The Law Office of Caesar and Bender<br>150 N. Michigan Avenue<br>Suite 2130<br>Chicago, IL 60601 |

4

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: STEVE FANADY, Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Case No. 21-02651 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 30 2021
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

## MOTION TO DISMISS CHAPTER 13 CASE

GINA FANADY ("GINA"), Pro Se, hereby files a Motion to Dismiss STEVE FANADY'S ("DEBTOR") Chapter 13 bankruptcy case under the applicable US bankruptcy codes related to bad faith due the number of omissions and intentional false statements. GINA respectfully represents unto this Honorable Court as follows:

### BASIS FOR MOTION

1. GINA is the DEBTOR's second ex-wife. She and the DEBTOR have one child born during the marriage, age nine. Per their Judgment for Dissolution, granted on September 18, 2020 by Cook County Domestic Relations (see attached **Exhibit A,** with redactions related to parenting issues of the minor child), the DEBTOR is obligated to pay child support and additional healthcare expenses to GINA. Child support is classified as a priority claim under 11 U.S.C. § 507, which makes GINA a creditor. The Debtor did not list child support as an obligation or the divorce and post-decree litigation (which is still pending) in any of his filings before this Court as of March 28, 2021. This is just one of dozens of serious omissions and lies throughout his documents. GINA reviewed the DEBTOR's Chapter 13 Petition and Schedules. The inaccuracies are itemized by the DEBTOR's February 28, 2021 Petition and schedules page number.

1

2. GINA asserts this Chapter 13 Petition is yet another legal machination on the part of the DEBTOR to support a lifestyle based on evading court orders and exploiting people, including their minor child. GINA and the DEBTOR separated in November 2016. After years of litigation, due to the DEBTOR's various machinations in the U.S., Greece, and Belize, Cook County Domestic Relations granted the parties Dissolution for Marriage (Case No. 18 D 008662 and 2016 D 230507) on September 18, 2020.

3. Currently, there are more than 20 pending motions in Cook County Domestic Relations before Judge Daniel Trevino, including multiple Rules to Show Cause against the DEBTOR. Part of the motions deal with the DEBTOR'S failure to pay any child support (current total as of March 28, 2021 is $12,762), medical obligations for the child, and GINA's legal fees to her divorce attorney Mr. Steven Messner (who is listed as a creditor in the DEBTOR's Petition).

## ALLEGATIONS RELATED TO DEBTOR'S BANKRUPTCY FILING

4. From page 1: The DEBTOR uses other names because he is also a Greek citizen. His Greek name is Sotirios Fanoudis (per his Greek registration). He references his Greek citizenship as giving him authority to cite Greek Law for use and benefit in our divorce proceedings in Cook County Domestic Relations **(Group Exhibits B)**.

5. From page 2: The DEBTOR creates Delaware based shell companies including Alpha General Financial LLC and Gamma, LLC (see his Domestic Relations financial affidavits 2017 and 2018 narrative, Other known companies include: Beta Acquisitions, which "owns" his three cars **(Group Exhibits C)**. These companies are rolled up into a multi-tier asset protection trust based in Belize with trustees in Nevis, the SF trust. Associated bank accounts are in Florida, Illinois, and abroad (either Andorra or Switzerland). Through these companies, he moves money to pay for his expenses as a "manager" **(Group Exhibits D)**.

2

6. From page 3: The DEBTOR's owns his residence although the ownership is hidden in a trust allegedly associated with his mother Soula Fanady. The home was allegedly purchased by his parents in December 2014 for $527,000 outright, after the Illinois Appellate court enforced part of his first wife's, Ms. Pamela Harnack, judgment and we left the residence at 2327 Winnetka Court, in Northfield. The DEBTOR used funds from his trust and organized the purchase to hide the transaction from his first ex-wife Pamela Harnack, due to ongoing litigation in that post-decree proceeding. The property is currently held in a trust at Parkway Bank. However, when we separated in 2016, suddenly there was a lease between the DEBTOR and his mother dated September 2016. On that basis, they sought eviction of me and our then five-year old child who is actually listed on the Sheriff's notice (**Group Exhibits E**). This example is one of the many ways the DEBTOR creates false documents to do what he wants. In other instances, in 2012, he was arrested for forgery in connection with falsifying a judge's stamp (**Exhibit F**).

7. From page 6: The DEBTOR estimates his assets to be no more than $50,000. He has access to at least 120,000 shares of CBOE Holdings stock currently valued at approximately $10,400,000 (December 9, 2020) (**Exhibit G**).

8. From page 8: The DEBTOR has homes in the U.S. and Greece. The U.S. home is located at 4360 Lindenwood Lane in Northbrook, although allegedly owned by his mother. There is also a real estate property on Irekalous Street in Glyfada, Greece he will inherit by Greek law.

9. From page 8: The DEBTOR values his personal property to be $1,400. This is a gross understatement because currently, he is known to have cars, expensive clothes, an exotic pet, and electronics.

10. From page 8: The DEBTOR does not list his current child support obligations as a priority

3

claim.

11. From page 8: The DEBTOR lists his expenses as $2,630 per month for years. That is wildly inaccurate given he makes plans for luxury vacations each year flying business class to Greece and staying in expensive resorts. During our divorce litigation, his stated income varied $3,000 and $7,400 per month. (**Group Exhibits C**). This does not include his cash purchases for large home remolding (kitchen and bathrooms) projects within the past few years.

12. From page 9: The DEBTOR does not file tax returns and does not pay taxes (see page 6 the Judgment for Dissolution for case 2018 D 8662 as referenced in **Exhibit A**).

13. From page 10: In addition to having an interest in two properties, the DEBTOR has three cars (although they are allegedly owned by companies including Beta Acquisitions). The cars he routinely uses include a 2006 Acura Sedan, 2014 Acura Sedan, and 2014 Special Edition Corvette (**Group Exhibits H**). The home at 4360 Lindenwood Lane is exquisitely furnished and the value the DEBTOR provides is grossly undervalued. Key household items include, a grand piano and numerous oriental rugs, including one pink Turkish circular rug estimated to be $30,000. He has an extensive collection of electronics including several large flat screen TVs and at least 6 computers including a recently purchased (December 2020) Mac computer (likely from Abt Electronics).

14. From page 11: There are multiple antiques from Turkey including Capo di Monte vases with gold estimated to from the 17th century, and ornate silver Turkish tea sets the DEBTOR displays in the house. The DEBTOR has exercise equipment, including one treadmill. He also has expensive clothes by makers such as Zilli or Kiton (example: one shirt costs at least $200). Items were typically purchased from upscale clothier Morris and Sons. He also has a custom Rolex watch with a lapis lazuli face.

4

15. From page 11: He has at least three weapons, including one military grade pistol (Israeli Baby Eagle). In 2016, GINA obtained a Warrant for the weapons in connection with an Emergency Order of Protection. His former attorney, Joel Brodsky, agreed to hold the weapons, but to this day, it is unclear where they are.

16. From page 11: The DEBTOR owns a Bengal cat named Cutie he purchased from a breeder. Bengal cats cost between $1,500 and $3,000.

17. From page 12: The DEBTOR does have interests in companies which have had the names: Alpha Industries, Gamma Investments and Beta Acquisitions. Distributions from the trust are placed into business accounts at local banks. The last known bank used was PNC Bank. He also has been known to use accounts at the Bank of Lincolnwood and Sun Trust Bank in Florida (**Group Exhibits I).**

18. From page 12: The SF Trust is an asset protection trust based in Belize, first started in 1995. Managers of this trust are in Nevis, and actual bank accounts are in another country either Switzerland or Andorra. The structure is managed by an attorney in Miami, Florida named Carl Linder. Daily expenses are paid via American Express. The DEBTOR can request larger amounts as needed for purchases such as a home or a Corvette. Through this trust, the DEBTOR attempts to avoids financial responsibilities by starting lawsuits in foreign legal jurisdictions as a delay tactic (**Exhibit J**).

19. From page 13: The DEBTOR does not file tax returns per the findings in the Judgment for Dissolution already referenced.

20. From page 13: The DEBTOR owes more than $12,762 in child support and more than $2,000 in out of pocket health care expenses.

21. From page 13: The DEBTOR owes Ms. Pamela Harnack, his first ex-wife. What she is owed is outlined in her August 3, 2011 Judgment.

5

Document Page 10 of 11

22. From page 13: The DEBTOR has health insurance and may still have a life insurance policy for the benefit of the minor child (required by law, but to this day is not possible to verify).

23. From page 24: The DEBTOR is not employed by choice since at least 2010. The Minneapolis Grain Exchange Public Director role is a board membership (which he has had since at least 2009) where he receives a stipend of approximately $4,800 annually. The DEBTOR also knows this is not employment because he listed it as such on earlier financial affidavits in our divorce proceedings. Per our 2020 Judgment for Dissolution, the finding was that the DEBTOR is voluntarily unemployed.

24. From page 27: In his monthly expenses, he lists health insurance expenses of $770 per month.

25. From page 31: The DEBTOR omits our divorce proceeding entirely.

26. From page 32: The DEBTOR gave a new Mac desktop computer with an estimated value of $1,300 as a holiday present.

27. From page 34: The DEBTOR has assumed various titles with his corporations such as Manager. It is not clear what his actual role was although he can move large amounts of money when he chooses.

28. From page 48: The DEBTOR lists the IRS as a creditor, but allegedly has no intention to pay what he owes. These are tax liabilities he has carried for years (**Exhibit K**). He files and says he does not have money to pay as a delay tactic. In another instance, he encumbered Ms. Harnack's residence at 2327 Winnetka Court, in Northfield, IL with his tax liens, in spite of Ms. Harnack's divorce judgment.

29. From page 48: Pat Carlin (correct name Patrycja R. Karlin) of the Karlin Law Firm is listed as a creditor and she still currently represents him in our post-decree litigation.

30. From page 48: Many of the creditors listed are lawyers or law firms. The DEBTOR has a habit of not paying attorneys for years. Other lawyers include: John D'Arco, Jeffrey

Jacobson, and Susan Barron.

**WHEREFORE**, GINA FANADY, prays unto this Honorable Court as follows:

    A. That the DEBTOR's bankruptcy be dismissed immediately.

    B. For any other measures the Court deems equitable and just.

                                                            Respectfully Submitted:

                                                            Gina Fanady, Creditor, Pro Se
                                                            1241 Central Avenue
                                                            Box 186
                                                            Wilmette, IL 60091
                                                           ginafanady@gmail.com
                                                           224.458.6595

March 29, 2021

7