UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| STEVE FANADY, | ) | Case No. 21-02651 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

## NOTICE OF OBJECTION

**PLEASE TAKE NOTICE** that Pamela Harnack ("Harnack") objects to and respectfully requests to be heard with respect to the *Chapter 13 Plan* (the "Plan") filed by Steve Fanady, currently noticed for hearing on April 22, 2021 at 2:30 p.m. before the Honorable Timothy A. Barnes.

As further set forth in the *Motion to Dismiss Chapter 13 Case or, in the Alternative, Motion for Relief from the Automatic Stay as to Non-Estate Property* [Docket No. 14] and *Motion for Relief from the Automatic Stay or, in the Alternative, Motion to Enforce Travel Bar Order* [Docket No. 25] and the statements previously made in open court by counsel, Harnack requests that the Court deny confirmation, or, at the very least, continue the hearing on the Plan until the above-referenced motions are resolved.

*[Remainder of Page Intentionally Left Blank]*

Dated:  April 15, 2021

Respectfully submitted,

**PAMELA HARNACK**

By:   /s/ Elizabeth B. Vandesteeg
Elizabeth B. Vandesteeg, Esq.
Harold D. Israel, Esq.
Sean P. Williams, Esq.
**LEVENFELD PEARLSTEIN, LLC**
2 N. La Salle, Suite 1300
Chicago, Illinois 60602
Telephone: 312-346-8380
e-mail: evandesteeg@lplegal.com
e-mail: hisrael@lplegal.com
e-mail: swilliams@lplegal.com